**Appendix K**                                                      Revised: 4/19/10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall **DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

1. This application is being made for the following: Case # __2:10-cv-00587-TJW__
Style: __GEOTAG, INC. v. YAKIRA, L.L.C. et al__
2. Applicant is representing the following party/ies: __GODIVA CHOCOLATIER, INC.__
3. Applicant was admitted to practice in __NY__ (state) on __2011__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
State of NJ, District of NJ and State of NY

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Patrick R. Colsher__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __3/21/11__          Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Patrick R. Colsher
State Bar Number Not applicable/Not issued in NY
Firm Name: Ward & Olivo
Address/P.O. Box: 380 Madison Ave.
City/State/Zip: New York, NY 10017
Telephone #: (212) 697-6262
Fax #: (212) 972-5866
E-mail Address: colsherp@wardolivo.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 4/4/11

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

```
Court Name: District Court
Division: 2
Receipt Number: TXE200000423
Cashier ID: pa
Transaction Date: 04/05/2011
Payer Name: WARD OLIVO
----------------------------------------
PRO HOC VICE
 For: WARD OLIVO
 Case/Party: D-TXE-6-11-AA-999999-001
 Amount:        $400.00
----------------------------------------
CHECK
 Check/Money Order Num: 25129
 Amt Tendered:   $400.00
----------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:       $0.00

2 10CV 587  PHV BERNTSEN COLSHER
WARD ZINNA


ORIGINAL MUST BE RETAINED FOR
RETURN OF CRIMINAL BOND
```