# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>v.<br><br>**FRONTIER COMMUNICATIONS CORP.,** *et al.* | **2:10-cv-00265-DF** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**YELLOWPAGES.COM LLC** | **2:10-cv-00272-DF** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**GEORGIO ARMANI S.P.A.,** *et al.* | **2:10-cv-00569-DF** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**AROMATIQUE, INC.,** *et al.* | **2:10-cv-00570-DF** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**GUCCI AMERICA, INC.,** *et al.* | **2:10-cv-00571-DF** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**STARBUCKS CORP.,** *et al.* | **2:10-cv-00572-DF** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>v.<br><br>**RENT-A-CENTER, INC.,** *et al.* | **2:10-cv-00573-DF** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**THE WESTERN UNION COMPANY,** e*t al.* | **2:10-cv-00574-DF** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**ROYAL PURPLE, INC.,** e*t al.* | **2:10-cv-00575-DF** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**YAKIRA, L.L.C.,** e*t al.* | **2:10-cv-00587-DF** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**WHERE2GETIT, INC.,** e*t al.* | **2:11-cv-00175-DF** |

### NOTICE OF JOINDER IN DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT ORDER REGARDING NOVEMBER 9, 2011 CASE MANAGEMENT CONFERENCE

Defendants Geoffrey, LLC, Toys "R" Us, Inc., PetSmart Inc., and PetSmart Store Support Group, Inc. in *Geotag, Inc. v. Aromatique, Inc.*, No. 2:10-cv-00570; Defendant The Sports Authority, Inc. in *Geotag, Inc. v. Gucci America, Inc.*, No. 2:10-cv-00571; and Defendants Ace Hardware Corporation, Aeropostale, Inc., Charlotte Russe Holding, Inc., Charlotte Russe, Inc., Christopher & Banks Corp. d/b/a/ Christopher & Banks d/b/a CJ Banks,

Cost Plus, Inc. d/b/a Cost Plus World Market, Dick's Sporting Goods, Inc., Babiesrus.com, LLC, Toysrus.com, LLC, Toys "R" Us-Delaware, Inc., General Nutrition Centers, Inc., General Nutrition Corporation, GSI Commerce, Inc., Haggar Clothing Co., Haggar Direct, Inc., Levi Strauss & Company, MEE Accessories LLC (f/k/a Marc Ecko Enterprises Accessories, LLC), MEE Direct LLC (f/k/a Ecko Direct, LLC) (d/b/a Marc Ecko Enterprises), MEE Apparel LLC (f/k/a Ecko Complex LLC), Yakira, LLC, Maurices, Inc., Nautica Enterprises, Inc., Nautica Retail USA, Inc., Quiksilver d/b/a Roxy, and Spanx, Inc. in *Geotag, Inc. v. Yakira, LLC*, No. 2:10-cv-00587, (collectively "the Listed Defendants") hereby file this Notice of Joinder in Defendants' Notice of Compliance With Court Order Regarding November 9, 2011 Case Management Conference filed October 26, 2011 (2:10-cv-00570, Dkt. 321; 2:10-cv-00571, Dkt. 280; 2:10-cv-00587, Dkt. 200).  This Notice of Joinder hereby provides notice that the Listed Defendants fully adopt the arguments presented in the Notice of Compliance.

Dated: November 3, 2011

Respectfully submitted,
/s/ Lance Vincent

Lance Vincent
Texas Bar No. 20585580
Ritcheson, Lauffer & Vincent PC
2 American Center
821 ESE Loop 323, Suite 530
Tyler, Texas  75701
Tel:  (903) 535-2900
Fax: (903) 533-8646
lancev@rllawfirm.net

Mark P. Wine (admitted *pro hac vice*)
Calif. State Bar No. 189897
Thomas J. Gray (admitted *pro hac vice*)
Calif. State Bar No. 191411
Benjamin S. Lin (admitted *pro hac vice*)
Calif. State Bar No. 232735
ORRICK HERRINGTON & SUTCLIFFE LLP
2050 Main St., Suite 1100
Irvine, CA 92614
Tel:  (949) 567-6700
Fax:  (949) 567-6710
mwine@orrick.com
tgray@orrick.com
blin@orrick.com

**ATTORNEYS FOR DEFENDANTS ACE HARDWARE CORPORATION, AEROPOSTALE, INC., CHARLOTTE RUSSE HOLDING, INC., CHARLOTTE RUSSE, INC., CHRISTOPHER & BANKS CORP. D/B/A/ CHRISTOPHER & BANKS D/B/A CJ BANKS, COST PLUS, INC. D/B/A COST PLUS WORLD MARKET, DICK'S SPORTING GOODS, INC., BABIESRUS.COM, LLC, TOYSRUS.COM, LLC, GEOFFREY, LLC, TOYS "R" US, INC., TOYS "R" US-DELAWARE, INC., GENERAL NUTRITION CENTERS, INC., GENERAL NUTRITION CORPORATION, GSI COMMERCE, INC., HAGGAR CLOTHING CO., HAGGAR DIRECT, INC., LEVI STRAUSS & COMPANY, MEE ACCESSORIES LLC (F/K/A MARC ECKO ENTERPRISES ACCESSORIES, LLC), MEE DIRECT LLC (F/K/A ECKO DIRECT, LLC) (D/B/A MARC ECKO ENTERPRISES), MEE APPAREL LLC (F/K/A ECKO COMPLEX LLC), YAKIRA, LLC,**

**MAURICES, INC., NAUTICA ENTERPRISES, INC., NAUTICA RETAIL USA, INC., PETSMART INC., PETSMART STORE SUPPORT GROUP, INC., QUIKSILVER D/B/A ROXY, SPANX, INC., AND THE SPORTS AUTHORITY, INC.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 3, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                                     /s/ *Lance Vincent*
                                                                     Lance Vincent