# EXHIBIT F

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                    IN AND FOR THE DISTRICT OF DELAWARE

 3                              -  -  -

 4     MICROSOFT CORPORATION    :   CIVIL ACTION
       and GOOGLE, INC.         :
 5                              :
                Plaintiffs      :
 6                              :
                vs.             :
 7                              :
       GEOTAG, INC.,            :
 8                              :
                Defendant       :   NO. 11-175 (RGA)
 9                              -  -  -

10
                                    Wilmington, Delaware
11                                  December 8, 2011
                                    10:00 o'clock a.m.
12                                  Motions Hearing

13                              -  -  -

14     BEFORE:  HONORABLE RICHARD G. ANDREWS, U.S.D.C.J.

15                              -  -  -

16     APPEARANCES:

17             Connolly, Bove, Lodge & Hutz, LLP
               BY:  ARTHUR G. CONNOLLY, III, ESQUIRE
18                        -and-
               Perkins Coie, LLP
19             BY:  RAMSEY S. AL-SALAM, ESQUIRE

20                        Counsel for Plaintiffs

21

22

23

24

25
```

EXHIBIT F

```
 1              Morris James, LLP
                BY:  KENNETH L. DORSNEY, ESQUIRE
 2                         -and-
                Buether, Joe & Carpenter.
 3              BY:  ERIC W. BUETHER, ESQUIRE

 4                        Counsel for Defendant

 5

 6                              Leonard A. Dibbs
                                Official Court Reporter
 7

 8                         -  -  -
 9

10                    P R O C E E D I N G S
11

12              (Proceedings commenced in the courtroom beginning.
13      at 10:03 o'clock a.m.)
14

15              THE COURT:  Good morning.

16              (All counsel collectively said good morning)

17              THE COURT:  So this is Microsoft and Google vs. Geotag,

18      Civil Action No. 11-175, and I think we have two motions; a

19      Motion to Dismiss for Lack of Subject Matter Jurisdiction and a

20      Motion to Transfer to the Eastern District of Texas.

21      And what I think I'd like to do is talk about the Motion to

22      Dismiss for Lack of Subject Matter Jurisdiction first, and then

23      we can talk about the Motion to Transfer.

24      Who is going to present argument for GeoTag, Mr. Dorsney?

25              MR. DORSNEY:  Good morning, your Honor.
```

```
 1              Ken Dorsney from Morris James.  I would like to

 2      introduce to the Court to Eric Buether of Buether, Joe &

 3      Carpenter.

 4              THE COURT:  All right, Mr. Buether.

 5              MR. BUETHER:  Yes.

 6              THE COURT:  And Mr. Connolly?

 7              MR. CONNOLLY:  Good morning, your Honor.

 8              Arthur Connolly on behalf of Microsoft and Google.

 9              Ramsey Al-Salam from Perkins Coie will be presenting

10      the argument on plaintiffs' behalf.

11              THE COURT:  All right.  Thanks, Mr. Connolly.

12              Before we get to the argument, there was one question

13      that I had -- I have a number of questions -- but there's one

14      question that I have which it seems to me would be useful to get

15      out before people start arguing which is this, Google and

16      Microsoft say some of these companies in Texas have been sued,

17      have asked for indemnification of the defense, and you have

18      presented what I counted to be ten letters from corporations

19      that I mostly heard of saying, you owe us indemnification

20      pursuant to our agreements.

21              I was curious as to what Google and Microsoft's

22      response was to these ten letters.  Did you say, yes, we do?

23              MR. AL-SALAM:  Your Honor, it's a matter of record that

24      Microsoft is defending some of its customers in Texas.  I don't

25      think there's anything of record that Google is, but I can
```

1      represent that Google remains in discussions with the customers

2      about its obligations.

3              THE COURT:  All right.

4              Mr. Buether, I assume you're familiar with the

5      litigation in Texas, right?

6              MR. BUETHER:  Very much so, your Honor, yes.

7              THE COURT:  Just to make sure, you agree with Mr.

8      Al-Salam that it's a matter of record in Texas that Microsoft is

9      defending some of its customers?

10             MR. BUETHER:  That is my understanding.  Under what

11     conditions or reservations, I don't know that, but we had a

12     hearing that was held a couple of weeks ago.  The lawyer making

13     an argument for Motion to Stay did represent that fact and I

14     have no reason to question that.

15             THE COURT:  Okay.

16             Along the same line, your pleading says -- and I'm not

17     sure whether it's pleading or a briefing -- but it says many

18     customers.  You presented letters from ten, and I appreciate

19     that if you had 250 of them, that you didn't send me all 250

20     letters, but I didn't why see anywhere where the many -- I would

21     have accepted the declaration from you saying that, you know,

22     the 200, or whatever the number is, and these ten are sort of

23     representative type letters.

24             Do you know what the number is or at least the minimum

25     number?

1            MR. AL-SALAM:  Your Honor, I don't know the exact

2       number.

3            THE COURT:  But I'm thinking that even though you don't

4       know the exact number, you must know that there are at least 30,

5       or at least 60, or something?

6            MR. AL-SALAM:  I think there's at least 60 that have

7       made indemnity claims.  If I had to state, based on the

8       information I have, and to keep in mind, your Honor, some of

9       these indemnity claims could be made directly to the company and

10      not through me, and I may not even --

11           THE COURT:  Well, no, no, and I noticed that most of

12      the ones early on were sent it to Google's Legal Department, so

13      that's the reason why I'm asking not for something you can't

14      actually know, but something that you can know, which is --

15      well, at least so far X number have asked for an indemnification

16      defense.

17           MR. AL-SALAM:  My best estimate is that there are more

18      than, approximately 200 or more of their customers have been

19      sued, and I believe at least 50 percent have made indemnity

20      claims or requests.

21           THE COURT:  So that would be more than a hundred?

22           MR. AL-SALAM:  In the hundred range.

23           THE COURT:  Okay.

24           MR. AL-SALAM:  That's what I believe, your Honor.  If

25      this is important to the Court, I ask to give me an opportunity