# EXHIBIT I

# FISH & RICHARDSON P.C.

1717 MAIN STREET
SUITE 5000
DALLAS, TEXAS
75201

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Telephone
214 747-5070

Facsimile
214 747-2091

July 21, 2011

Web Site
www.fr.com

**VIA FEDERAL EXPRESS**
Honorable Magistrate Judge Chad Everingham
U.S. District Court for the Eastern District of Texas
101 East Houston Street
Marshall, Texas 75670

Neil J. McNabnay
214 292-4051

Email
mcnabnay@fr.com

**FR**

ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

MUNICH

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Re: *GeoTag, Inc. vs. Georgio Armani S.P.A., et al.*      Case No. 2:10-cv-569-TJW
      *Aromatique, Inc., et al.*                Case No. 2:10-cv-570-TJW
      *Gucci Am., Inc., et al.*                Case No. 2:10-cv-571-TJW-CE
      *Starbucks Corp., et al.*                Case No. 2:10-cv-572-TJW
      *Rent-A-Center, Inc., et al.*              Case No. 2:10-cv-573-TJW-CE
      *The Western Union Co., et al.*            Case No. 2:10-cv-574-DF-CE
      *Royal Purple, Inc., et al.*              Case No. 2:10-cv-575-TJW
      *Yakira, LLC, et al.*                 Case No. 2:10-cv-587-TJW
      *Where 2 Get It, Inc., et al.*             Case No. 2:11-cv-175-DF

Dear Judge Everingham:

On Friday, July 15, 2011, the Court noticed a Scheduling Conference in Case No. 2:10-cv-574, *GeoTag, Inc. v. The Western Union Co., et al.* (the "574 Action"). (Dkt. No. 323). At present, the Scheduling Conference in the 574 Action is set for August 9, 2011 in your courtroom.

None of the other above-captioned GeoTag Actions, however, have yet been set for conference. In addition, only three of the nine GeoTag Actions have been referred to your honor for pre-trial proceedings. All of the above-captioned GeoTag Actions, however, relate to the same asserted patent (U.S. Patent No. 5,930,474) and relate to similar technology on Defendants' accused websites (*see* Moving Defendants' Joint Motion to Stay, 574 Action Dkt. No. 302).[1]

Because all nine GeoTag actions involve a single patent and similar accused technology, Defendants Best Maid Products, Inc., Live Nation Worldwide, Inc., PIP, Inc., Southern States Cooperative, Steelcase, Inc., Ticketmaster LLC, and Winn-Dixie Stores, Inc. (all named Defendants in the 574 Action) (collectively, referred to herein

---

[1] Two earlier filed cases involving the same patent but dissimilar accused technology are also currently pending before Judge Ward. *See GeoTag Inc. v. Frontier Commc'ns Corp., et al.*, Case No. 2:10-cv-265-TJW and *GeoTag Inc. v. Yellowpages.com LLC*, Case No. 2:10-cv-272-TJW.

EXHIBIT I

FISH & RICHARDSON P.C.

Honorable Magistrate Judge Chad Everingham
July 21, 2011  Page 2

as "Defendants") believe that a single *Markman* proceeding for all nine actions is likely in the best interests of all parties as well as the Court.  As such, Defendants believe a single schedule governing all nine of the above-captioned GeoTag Actions through *Markman* proceedings is preferable.

Accordingly, Defendants respectfully request that the Scheduling Conference in the 574 Action be postponed until such time as all of the above-captioned GeoTag Actions may be assigned to a single presiding judge and all are ready for a consolidated Scheduling Conference.  Defendants would also respectfully request that the Court postpone any scheduling conference in the above-captioned cases until such time as Moving Defendants' Joint Motion to Stay is ready to be heard by the Court.

Sincerely,

Neil J. McNabnay

NJM/mab.

cc:    (via electronic mail)
       Counsel of Record in Case No. 2:10-cv-574