# EXHIBIT K

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>v.<br><br>**FRONTIER COMMUNICATIONS CORP.,** *et al.* | **2:10-cv-00265-TJW** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**YELLOWPAGES.COM LLC** | **2:10-cv-00272-TJW** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**GEORGIO ARMANI S.P.A.,** *et al.* | **2:10-cv-00569-TJW** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**AROMATIQUE, INC.,** *et al.* | **2:10-cv-00570-TJW** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**GUCCI AMERICA, INC.,** *et al.* | **2:10-cv-00571-TJW-CE** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**STARBUCKS CORP.,** *et al.* | **2:10-cv-00572-TJW** |

<div style="border:1px solid red; color:red;">EXHIBIT K</div>

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-00573-TJW-CE** |
| **RENT-A-CENTER, INC.,** *et al.* | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-00574-DF-CE** |
| **THE WESTERN UNION COMPANY,** e*t al.* | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-00575-TJW** |
| **ROYAL PURPLE, INC.,** e*t al.* | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-00587-TJW** |
| **YAKIRA, L.L.C.,** e*t al.* | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-00175-DF** |
| **WHERE 2 GET IT, INC.,** e*t al.* | |

## <u>JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER</u>

Plaintiff GeoTag, Inc. ("GeoTag") and the undersigned Defendants (collectively, "Defendants") in the above-captioned actions jointly move the Court for the entry of the following docket control orders to govern the above-captioned actions (the "GeoTag litigation"). The GeoTag litigation concerns a single patent—U.S. Patent No. 5,930,474 ("the '474 Patent"). The '474 Patent allegedly relates to geographical search technology made available through the

Internet and functionality such as online yellow pages and "store locator" technology found on many websites.

On February 16, 2011, Judge Ward held a scheduling conference in Case Nos. 2:10-cv-265 ("Frontier") and 2:10-cv-272 ("Yellowpages"). In March 2011, Judge Ward entered separate docket control orders governing the schedule in those actions through trial. On August 9, 2011, Magistrate Judge Everingham held a scheduling conference in Case No. 2:10-cv-574. At that time, the Defendants in the '574 Action requested coordination among the pending GeoTag litigation for (at least) the purpose of *Markman* proceedings, as such coordination would be in the best interest of the Parties and judicial efficiency. Plaintiff GeoTag agreed that coordination of claim construction and other proceedings common to all of the pending GeoTag litigation would serve these interests. In response, Magistrate Judge Everingham ordered the counsel for Defendants in the 574 Action to consult with Plaintiff's counsel and counsel for Defendants in the other above-captioned actions in an effort to agree on such a coordinated schedule.

Accordingly, the counsel for the Parties have met and conferred and endeavored to agree as much as can reasonably be expected on pre-*Markman* hearing deadlines to govern the GeoTag litigation in advance of the coordinated October 16, 2012 *Markman* setting. To that end, the Parties respectfully request that the Court enter the Supplemental Docket Control Order attached as "Exhibit A" in the earliest filed actions: Case Nos. 2:10-cv-272 ("Yellowpages") and 2:10-cv-265 ("Frontier"). In addition, the Parties respectfully request that the Court enter the Docket Control Order attached as "Exhibit B" to govern all agreed deadlines in the later filed actions: Case Nos. 2:10cv-569-575, 2:10-cv-587, and 2:11-cv-175 (collectively, "the Follow-On Actions").

Although the Parties have generally agreed on a pre-*Markman* schedule to govern the above-captioned cases, the Parties have been unable to reach an agreement regarding on the following issues:

1.    Post-*Markman* and trial deadlines and procedure (including trial settings);

2.    whether the docket control orders already entered in the Yellowpages and Frontier Actions should still govern all post-*Markman* and trial deadlines or whether revised post-*Markman* and trial deadlines (coordinated with the Follow-On Actions) are necessary;

3.    whether Plaintiff should limit the number of asserted claims to ten (10) before or after *Markman* proceedings;

4.    whether Defendants should be limited to twenty (20) prior art references at some point during the pre-trial proceedings;

5.    whether procedures requested by Plaintiff requiring a showing of good cause for reconsideration of terms previously construed by Magistrate Judge Everingham (*see Geomas (Int'l) Ltd. v. Idearc Media Services-West, Inc.*, Case No. 2:06-cv-475-CE, Dkt. No. 110 (Nov. 20, 2008)) are appropriate

6.    the appropriate limitations on 30(b)(1) and 30(b)(6) depositions for the Follow-On Actions.[1]

In light of these differences, the Parties respectfully request that the Court hold a case management conference to address the Parties' disputes.[2]   The Parties request that each side be

---

[1] The Parties in the Follow-On Actions have reached an agreement regarding the appropriate limitations on Interrogatories, Requests for Admission, and Expert Depositions.  Once the remaining dispute is resolved, these Parties agree to submit a Discovery Order to the Court for approval.

allowed to file separate briefs—no longer than ten (10) pages—to inform of the Court of their respective positions and that such briefs be filed with the Court fourteen (14) days in advance of the requested case management conference. A Proposed Order setting the case management conference and ordering such briefing is attached as "Exhibit C." [3]

---

[2] Following the Court's resolution of the dispute reflected in the Parties' competing proposals, the Parties agree to once again meet-and-confer regarding post-*Markman* and trial deadlines and to submit a revised Docket Control Order to govern such deadlines.

[3] In addition to the requested case management conference, the defendants who moved this Court to stay GeoTag's Follow-On Actions under the customer suit exception pending the outcome of GeoTag's cases against Microsoft, Google, and Where 2 Get It (*see e.g.* Case No. 2:10-cv-574, Dkt. No. 302) also respectfully request that the Court address the motion to stay during the case management conference. GeoTag believes that it is unnecessary to schedule a hearing on these fully-briefed and pending motions, but will obviously defer to the Court on this issue.

Dated: October 7, 2011

Respectfully submitted,

/s/ Eric W. Buether
Christopher M. Joe (Lead Counsel)
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
Mark D. Perantie
State Bar No. 24053647
Mark.Perantie@BJCIPLaw.com
Niky Bukovcan
WA State Bar No. 39403
Niky.Bukovcan@BJCIPLaw.com
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue
Suite 2390
Dallas, Texas 75201
Telephone:     (214) 466-1272
Facsimile:     (214) 635-1828

Hao Ni
hni@nilawfirm.com
NI LAW FIRM, PLLC
3102 Maple Ave., Suite 400
Dallas, Texas 75201
Telephone: (214) 800-2208
Facsimile: (214) 800-2209

**ATTORNEYS FOR PLAINTIFF
GEOTAG INC.**

*/s/ Neil J. McNabnay*
Neil J. McNabnay
Texas Bar No. 24002583
njm@fr.com
Michael A. Bittner
Texas Bar No. 24064905
mrb@fr.com
Jane J. Du
Texas Bar No. 24076355
jjd@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile

**COUNSEL FOR DEFENDANTS**
**ASICS AMERICA CORP.; AVIS BUDGET GROUP, INC.; AVIS RENT A CAR SYSTEM, LLC; BEST MAID PRODUCTS, INC.; BJ'S WHOLESALE CLUB, INC.; THE BOEING COMPANY; BROOKSTONE COMPANY, INC.; BURGER KING CORP.; CABELA'S, INC.; CHANEL, INC.; CICI ENTERPRISES, LP D/B/A CICI'S PIZZA; DOCTOR'S ASSOCIATES, INC. D/B/A SUBWAY; DOLLAR RENT A CAR, INC.; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.; DOLLAR TREE, INC.; GATES THAT OPEN, LLC D/B/A/ MIGHTY MULE; HINKLEY LIGHTING, INC.; INTERSTATE BATTERY SYSTEMS OF AMERICA, INC.; JACK IN THE BOX, INC.; KOHLER CO.; KUBOTA TRACTOR CORP.; LEARNING EXPRESS, INC.; LIVE NATION WORLDWIDE, INC.;; PIP, INC. D/B/A PIP PRINTING AND MARKETING SERVICES; POLO RALPH LAUREN CORP.; RADIO SHACK CORP.; RALPH LAUREN MEDIA, LLC; RICHEMONT NORTH AMERICA, INC. D/B/A CARTIER; SOUTHERN STATES COOPERATIVE; STERLING JEWELERS, INC. D/B/A JARED THE GALLERIA OF JEWELRY D/B/A KAY JEWELERS; TICKETMASTER L.L.C.; TIFFANY & CO. D/B/A TIFFANY & COMPANY; THRIFTY, INC.; VAN CLEEF & ARPELS, INC.; WINN-DIXIE STORES, INC.**

/s/ *Danny L. Williams*

Danny L. Williams
Lead Counsel
State Bar No. 21518050
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Fax: (713) 934-7011
danny@wmalaw.com

**ATTORNEY FOR DEFENDANTS
BESTBUY.COM, LLC; OLD NAVY, LLC;
TARGET CORP.; NORDSTROM, INC.;
BANANA REPUBLIC, LLC; GAP INC.;
COSTCO WHOLESALE CORP.; PETCO
ANIMAL SUPPLIES, INC.; PETCO ANIMAL
SUPPLIES STORES, INC.; ZALE
DELAWARE, INC.; STARBUCKS CORP.;
DUNKIN' BRANDS, INC.; DUNKIN' DONUTS,
LLC; DARDEN CORP.; MCDONALD'S
CORP.; CVS PHARMACY, INC.; CUMMINS,
INC.; DEERE & CO.; RITE AID CORP.; A&W
RESTAURANTS, INC.; KFC CORP.; LONG
JOHN SILVER'S, INC.; PIZZA HUT, INC.;
TACO BELL CORP.; JC PENNEY
CORPORATION, INC.; SPATIALPOINT LLC;
and WAL-MART STORES, INC.**

/s/ Robert L. Lee
Robert L. Lee (GA Bar No. 443978)
bob.lee@alston.com
Kamran Jivani (GA Bar No. 510908)
kamran.jivani@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone:  (404) 881-7000
Fax:      (404) 881-7777

Jason W. Cook (TX Bar No. 24028537)
jason.cook@alston.com
Derek S. Neilson (TX Bar No. 24072255)
derek.neilson@alston.com
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, TX  75201
Phone:  (214) 922-3400
Fax:      (214) 922-3899

**COUNSEL FOR DEFENDANTS JOANN.COM, LLC AND JO-ANN STORES, INC.; GAMESTOP CORP.; MICHAELS STORES, INC.; THE TJX COMPANIES, INC. D/B/A TJ MAXX; BARNES & NOBLE, INC. AND BARNESANDNOBLE.COM, LLC; BIG LOTS, INC. AND BIG LOTS STORES, INC.; GUCCI AMERICA, INC.; LESLIE'S POOLMART, INC.; D/B/A LESLIE'S POOLMART D/B/A LESLIE'S SWIMMING POOL SUPPLIES D/B/A LESLIE'S; PANERA BREAD COMPANY AND PANERA, LLC; AUTOZONE, INC.; CARMAX BUSINESS SERVICES, LLC AND CARMAX, INC.; GROUP 1 AUTOMOTIVE, INC. D/B/A GROUP ONE AUTOMOTIVE; BRAKE CENTERS OF THE SOUTHWEST, INC. D/B/A JUST BRAKES AND JUST BRAKES OF NEVADA, INC. D/B/A JUST BRAKES; O'REILLY AUTOMOTIVE, INC. D/B/A O'REILLY AUTO PARTS; THE PEP BOYS – MANNY, MOE & JACK D/B/A PEP BOYS; FAMILY DOLLAR STORES, INC. AND FAMILY DOLLAR, INC.; MATTRESS GIANT**

CORPORATION; SUNTRUST BANKS, INC. AND SUNTRUST INVESTMENT SERVICES, INC.; WALGREEN CO. D/B/A WALGREENS; WHOLE FOODS MARKET IP, L.P. AND WHOLE FOODS MARKET SERVICES, INC.; CLARK EQUIPMENT COMPANY D/B/A BOBCAT COMPANY; GRACO, INC.; THE KROGER CO.; DILLON COMPANIES, INC. D/BA DILLON FOOD STORES D/BA DILLONS D/B/A BAKER'S SUPERMARKETS D/B/A CITY MARKET D/B/A KING SOOPERS D/B/A GERBES SUPER MARKETS; FOOD 4 LESS GM, INC.; FOOD 4 LESS HOLDINGS, INC.; FRED MEYER STORES, INC. D/B/A QUALITY FOOD CENTERS D/B/A QFC; KROGER LIMITED PARTNERSHIP I D/B/A JAYC FOOD STORES D/B/A PAY LESS SUPER MARKETS; KROGER LIMITED PARTNERSHIP II; KROGER TEXAS L.P.; PAY LESS SUPER MARKETS, INC.; RALPHS GROCERY COMPANY D/B/A RALPHS D/B/A FOOD 4 LESS D/B/A FOODS CO.; SMITH'S FOOD & DRUG CENTERS, INC. D/B/A SMITH'S FOOD & DRUG STORES D/B/A SMITH'S D/B/A FRY'S FOOD STORES; THE VALSPAR CORPORATION; BELK, INC.; AND CMRG APPAREL, LLC

_/s/ Robert L. Lee_
Robert L. Lee
Bob.lee@alston.com
Kamran Jivani
Kamran.jivani@alston.com
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Adam D. Swain
Adam.swain@alston.com
Alston & Bird LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333

Jason W. Cook
Jason.cook@alston.com
Derek S. Neilson
Derek.neilson@alston.com
Alston & Bird LLP
2828 Harwood St.
Suite 1800
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899

**COUNSEL FOR DEFENDANTS KOHL'S ILLINOIS INC., KOHL'S DEPARTMENT STORES INC., KOHL CORPORATION, COACH INC., STAPLES INC., PAPA JOHNS INTERNATIONAL, INC., PAPA JOHNS USA INC., DUNKIN BRANDS, INC. D/B/A DUNKIN DONUTS, DUNKIN DONUTS, INC., BRINKER INTERNATIONAL, INC. D/B/A ROMANO'S MACARONI GRILL D/B/A MAGGIANO'S LITTLE ITALY, THE HERTZ CORP. D/B/A HERTZ CORP. D/B/A HERTZ CAR RENTAL, FIFTH THIRD BANCORP D/B/A FIFTH THIRD BANK, OFFICEMAX INC., STEELCASE INC., SUNTRUST BANKS INC.**

**D/B/A SUNTRUST BANK, SUNTRUST INVESTMENT SERVICES INC., HOME DEPOT USA, INC. D/B/A THE HOME DEPOT, WALGREENS, SONIC CORPORATION, WENDY'S/ARBY'S GROUP, INC., WENDY'S INTERNATIONAL INC., WENDY'S/ARBY'S RESTAURANTS, LLC, AND OLDEMARK LLC**

*/s/ Matias Ferrario*
Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: 336.607.7300
Facsimile: 336.607.7500

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846

**ATTORNEYS FOR DEFENDANT AGCO CORP.**

*/s/ Brian C. McCormack*
Mark D. Taylor
Texas Bar No. 19713250
mark.taylor@bakermckenzie.com
Brian C. McCormack
Texas Bar No. 00797036
brian.mccormack@bakermckenzie.com
Nathan A. Engels
Texas Bar No. 24036526
nathan.engels@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Tel. (214) 978-3000
Fax (214) 978-3099

**COUNSEL FOR DEFENDANTS
ALBERTSON'S, LLC; ALBERTSON'S, INC.;
AROMATIQUE, INC.; AS AMERICA, INC.;
BOB EVANS FARMS, INC.; BOB EVANS
RESTAURANTS OF MICHIGAN, LLC; CEC
ENTERTAINMENT, INC.; CEC
ENTERTAINMENT CONCEPTS, L.P.;
ILITCH HOLDINGS, INC.; LITTLE CAESAR
ENTERPRISES, INC.; QUEST
DIAGNOSTICS, INC.; and PIGGLY WIGGLY,
LLC**

/s/ Robert M. Fuhrer
George M. Sirilla (admitted pro hac vice)
Jack S. Barufka (admitted pro hac vice)
Robert M. Fuhrer (admitted pro hac vice)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd., 14th Floor
McLean, VA 22102
703.770.7900 – Telephone
703.770.7901 – Facsimile

**ATTORNEYS FOR DEFENDANTS BASS PRO, INC., BPS DIRECT, L.L.C., AND BASS PRO OUTDOORS ONLINE, L.L.C.**


/s/ Deron R. Dacus
Deron R. Dacus
Texas Bar No. 00790553
derond@rameyflock.com
Ramey & Flock, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Phone: (903) 597-3301
Fax: (903) 597-2413

**COUNSEL FOR DEFENDANT CRACKER BARREL OLD COUNTRY STORE D/B/A CRACKER BARREL**

_/s/ Avelyn M. Ross_

Willem G. Schuurman (TX Bar No. 17855200)
Avelyn M. Ross (TX Bar No. 24027871)
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 542-8400
Fax: (512) 236-3218
bschuurman@velaw.com
aross@velaw.com

Scott W. Breedlove (TX Bar No. 00790361)
Srinivas G. Pathmanaban (TX Bar No. 24074865)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel:  (214) 220-7700
Fax: (214) 999-7993
sbreedlove@velaw.com
gpathmanaban@velaw.com

**ATTORNEYS FOR CHRISTIAN DIOR PERFUMES, LLC**

_/s/ Robert J. Lenihan, II_

Robert J. Lenihan, II (_pro hac vice_)
Brent G. Seitz (_pro hac vice_)
Harness, Dickey & Pierce, P.L.C.
5445 Corporate Drive, Suite 200
Troy, MI 48098
(248) 641-1600
rjlenihan@hdp.com
bseitz@hdp.com

Michael C. Smith (TX Bar #18650410)
Siebman, Burg, Phillips & Smith, LLP
P.O. Box 1556
113 E. Austin Street
Marshall, TX 75671-1556
(903) 938-8900
michaelsmith@siebman.com

**ATTORNEYS FOR LA-Z-BOY INCORPORATED**

*/s/ Matias Ferrario*

Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  336.607.7300
Facsimile:  336.607.7500

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
P. O. Box 359
Tyler, TX 75702
Telephone: 903.597.8311
Facsimile: 903.593.0846

**ATTORNEYS FOR DEFENDANTS LABORATORY CORPORATION OF AMERICA HOLDINGS AND LABORATORY CORPORATION OF AMERICA**

_/s/ Gregory F. Ahrens_

Gregory F. Ahrens
Ohio State Bar No. 0038627
(Admitted in the ED TX)
gahrens@whepatent.com
Wood, Herron & Evans, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, OH  45202
Tel:  (513) 241-2324
Fax:  (513) 241-6234

**ATTORNEY FOR DEFENDANT
NATIONAL INTERLOCK SYSTEMS, INC.**


_/s/ Michael J. Harris_

Christopher J. Renk (Lead Attorney)
IL Bar No. 6199012
crenk@bannerwitcoff.com
Thomas K. Pratt
IL Bar No. 6209761
tpratt@bannerwitcoff.com
Michael J. Harris
IL Bar No. 6280168
mharris@bannerwitcoff.com
Banner & Witcoff, LTD.
10 S. Wacker Drive, Ste. 3000
Chicago, IL 60606
Tel: (312) 463-5000
Fax: (312) 463-5001

**ATTORNEYS FOR DEFENDANT, NIKE, INC.**

*/s/ Brian W. LaCorte*
Brian W. LaCorte (AZ Bar No. 012237)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona  85004
Telephone: (602) 798-5400
Fax: (602) 798-5595
lacorteb@ballardspahr.com

William Cornelius (TX Bar No. 04834700)
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711-7339
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5091
wc@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANT THE REINALT-THOMAS CORPORATION**

*/s/ Jeremy S. Snodgrass*

J. Thad Heartfield
Texas Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789
thad@jth-law.com
dru@jth-law.com

Of counsel:
Ralph J. Gabric
Tadashi Horie
Rickard K. DeMille
Jeremy S. Snodgrass
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
(312) 321-4200 (telephone)
(312) 321-4299 (facsimile)

**ATTORNEYS FOR DEFENDANTS**
**SEIKO CORPORATION OF AMERICA,**
**SEIKO INSTRUMENTS INC., AND**
**SEIKO WATCH CORP.**

*/s/ Dwayne L. Mason*

Dwayne L. Mason
Email:  masondl@gtlaw.com
Mary-Olga Lovett
Email:  lovettm@gtlaw.com
Tara M. Williams
Email:  williamsta@gtlaw.com
Greenberg Traurig - Houston
1000 Louisiana
Suite 1700
Houston, TX 77002
713/374-3500
Fax: 713/374-3505

Scott J. Borenstein
Email:  borensteins@gtlaw.com
Justin MacLean
Email: macleanj@gtlaw.com
Greenberg Traurig - New York
Metlife Building
200 Park Avenue, 15th Floor
New York, NY 10166
212-801-9200
Fax: 212-801-6400
PRO HAC VICE

**ATTORNEYS FOR SKECHERS USA INC.**

*/s/ R. Kyle Hawes*

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & MARTIN, P.C.
R. Kyle Hawes
kyle.hawes@chamberlainlaw.com
SBN: 00796725
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: 713-658-1818
Facsimile: 713-658-2553

GREENSFELDER, HEMKER & GALE, P.C.
Mary Ann L. Wymore
mlw@greensfelder.com
(Pro Hac Vice)
Eugene P. Schmittgens, Jr.
eps@greensfelder.com
(Pro Hac Vice)
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone: 314-241-9090
Facsimile: 314-345-5499

**ATTORNEYS FOR DEFENDANT
JIM'S FORMAL WEAR COMPANY**

/s/ Matias Ferrario
Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  336.607.7300
Facsimile:  336.607.7500

Geoffrey Gavin
ggavin@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4528
Telephone:  404.815.6500
Facsimile:  404.815.6555

**ATTORNEYS FOR DEFENDANT THE ROCKPORT COMPANY, LLC**

/s/ Matias Ferrario
Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  336.607.7300
Facsimile:  336.607.7500

**ATTORNEY FOR DEFENDANT VICTORINOX SWISS ARMY, INC.**

/s/ Michael N. Zachary
Michael N Zachary
Christensen O'Connor Johnson Kindness PLLC
1420 Fifth Ave
Ste 2800
Seattle, WA 98101
206-682-8100
Fax: 206-224-0779
Email: michael.zachary@cojk.com

S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
903) 236-9800 Telephone
 (903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

**Counsel for Defendant**
**Pacific Bioscience Laboratories, Inc.**

/s/ Ozzie A. Farres
Brian M. Buroker
Ozzie A. Farres
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 955-1500
bburoker@hunton.com
ofarres@hunton.com

**ATTORNEY FOR DEFENDANT**
**THE SCOTTS COMPANY LLC**

/s/ *Lindsey L. Hargrove*
Lindsey L. Hargrove
State Bar No. 24065373
McGuireWoods LLP
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, TX 77002-2906
Telephone: (713) 571-9191
Fax: (713) 571-9652
Email: lhargrove@mcguirewoods.com

David E. Finkelson (admitted *pro hac vice*)
Lead Counsel
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000
Fax: (804) 775-1061
Email: dfinkelson@mcguirewoods.com

John L. Newby II (admitted *pro hac vice*)
McGuireWoods LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 857-1700
Fax: (202) 857-1737
Email: jnewby@mcguirewoods.com

**Counsel for Defendants**
**Remington Arms Company, Inc. and**
**STIHL Incorporated**

/s/ *Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
Findlay Craft, LLP
Principal Office:
6760 Old Jacksonville Hwy
Suite 101 Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Joseph V. Saphia
W. Edward Bailey
Wiggin and Dana LLP
450 Lexington Avenue
Suite 3800
New York, NY 10017
Tel: (212) 490-1700
Fax: (212) 490-0536
Email: jsaphia@wiggin.com
Email: ebailey@wiggin.com

**Attorneys for Defendant AutoNation, Inc.**

/s/ Scott Partridge
Scott F. Partridge
Lead Attorney
Texas Bar No. 00786940
Email: scott.partridge@bakerbotts.com
Elizabeth Durham
Texas Bar No. 24045815
Email: liz.durham@bakerbotts.com
William P. Rothwell
Texas Bar No. 24066005
Email: wlliam.rothwell@bakerbotts.com
**BAKER BOTTS L.L.P.**
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1569
Facsimile: (713) 229-7769

**ATTORNEYS FOR DEFENDANT
HEB GROCERY COMPANY, LP**


/s/ Laura A. Wytsma
Jordan A. Sigale
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL 60610-4746
Telephone: (312) 464-3100
Facsimile: (312) 464-3111
jsigale@loeb.com

Laura A. Wytsma
LOEB & LOEB LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, California 90067
Telephone: (310) 282-2000
lwytsma@loeb.com

Eric H. Findlay
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, Texas 75703
Telephone: (903) 534-1100
EFindlay@FindlayCraft.com

**Attorneys for Defendant
Ingersoll-Rand Company**

*/s/ Tharan Gregory Lanier*

Tharan Gregory Lanier
Gregory L. Lippetz
Iman Lordgooei
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
E-mail: tglanier@jonesday.com
E-mail: glippetz@jonesday.com
E-mail: ilordgooei@jonesday.com

Daniel T. Conrad
JONES DAY
2727 North Harwood Street
Dallas, TX  75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
E-mail: dtconrad@jonesday.com

**Attorneys for Defendants Dr. Pepper Snapple Group, Inc. and Church & Dwight Co., Inc**.

*/s/ Martin B. Pavane*

Martin B. Pavane
New York Bar No. 1528819
mpavane@cozen.com
Lisa A. Ferrari
New York Bar No. 2411759
lferrari@cozen.com
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172
(212) 883-4900 (Telephone)
(212) 986-0604 (Telecopy)

**Attorneys for Beech Nut Nutrition Corp.**

s/ Charles Ainsworth
Charles Ainsworth
State Bar No. 00783521
Parker, Bunt & Ainsworth, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: 903.531.3535
Facsimile: 903.533.9687
Email: charley@pbatyler.com

*Of Counsel*:
Julianne R. Davis (*Admitted Pro Hac Vice*)
Parna A. Mehrbani (*Admitted Pro Hac Vice*)
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200
Email: davisj@lanepowell.com
Email: mehrbanip@lanepowell.com

**Attorneys for Defendants
Columbia Sportswear Company, Columbia
Sportswear North America, Inc., and Columbia
Sportswear USA Corp.**

/s/ Darin M. Klemchuk
Darin M. Klemchuk
State Bar No. 24002418
Casey L. Griffith
State Bar No. 24036687
Kirby B. Drake
State Bar No. 24036502
KLEMCHUK KUBASTA LLP
8150 N. Central Expy., 10th Floor
T: 214.367.6000
F: 214.367.6001
darin.klemchuk@kk-llp.com
casey.griffith@kk-llp.com
kirby.drake@kk-llp.com

**ATTORNEYS FOR DEFENDANT
ACADEMY, LTD.**

*s/ J. Thad Heartfiled*

J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

John G. Bisbikis
Illinois Bar No. 6209732
E-mail: jbisbikis@mwe.com
MCDERMOTT WILL & EMERY, LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
Telephone: (312) 372-2000
Fax: (312) 984-7700

**COUNSEL FOR DEFENDANT
CRAFTMASTER MANUFACTURING, INC.**

*/s/ J. Thad Heartfield*

J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

**COUNSEL FOR DEFENDANT,
CALIFORNIA PIZZA KITCHEN, INC.**

*s/ James S. Blackburn*

James S. Blackburn (*Pro Hac Vice*)
James.blackburn@aporter.com
Ali R. Sharifahmadian (*Pro Hac Vice*)
Ali.sharifahmadian@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Stree
44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

**Attorneys for Defendants**
**Frontier Communications Corporation, Local.com**
**Corporation, Dex One Corporation, Windstream**
**Communications, Inc., Yellow Book USA, Inc.,**
**IDC Networks, Inc., CityGrid Media, LLC, Service**
**Magic, Inc., People Media, Inc. and Match.com**
**LLC**


*/s/ Keith A. Robb*

DOUGLAS D. FLETCHER
Attorney in Charge
Texas State Bar No. 07139500
email: doug.fletcher@fletcherfarley.com
KEITH R. ROBB
Texas State Bar No. 24004889
email: keith.robb@fletcherfarley.com
FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.
8750 N. Central Expressway
Dallas, Texas 75231, 16th Floor
214-987-9600
214-987-9866 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**TASER INTERNATIONAL, INC.**

*/s/ Michael J. Zinna*

Charles Ainsworth
State Bar No. 00783521
Email: charley@pbatyler.com
**Parker, Bunt & Ainsworth, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Phone: (903) 531-3535
Fax: (903) 533-9687

*OF COUNSEL:*
John F. Ward
Email: jward@wardzinna.com
Michael J. Zinna
Email: mzinna@wardzinna.com
Patrick R. Colsher
Email: pcolsher@wardzinna.com
Matthew C. Berntsen
Email: mberntsen@wardzinna.com
WARD & ZINNA, LLC
380 Madison Avenue
New York, New York 10017
Phone: (212) 697-6262
Fax: (212) 972-5866

**Attorneys for Defendant Godiva Chocolatier, Inc.**

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

Terence P. Ross (pro hac vice)
tross@crowell.com
Jeffrey D. Ahdoot (pro hac vice)
jahdoot@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone:  (202) 624-2500
Facsimile: (202) 628-5116

**Attorneys for Defendants**
**Enterprise Holdings, Inc. and Vanguard Car**
**Rental USA, LLC**

*/s/ Trey Yarbrough*

Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANTS
APPLEBEE'S INTERNATIONAL, INC. AND
APPLEBEE'S IP, LLC**

*/s/ Anthony F. Lo Cicero*

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANTS
IHOP IP, LLC AND DINEEQUITY, INC.**

*/s/ Trey Yarbrough*

Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

**ATTORNEYS FOR DEFENDANT**
**MACY'S RETAIL HOLDINGS, INC.**
**SUED ERRONEOUSLY AS MACY'S, INC.**

/s/ *Michael C. Smith*
Michael C. Smith
Siebman, Burg, Phillips & Smith, LLP
113 East Austin Street
P.O. Box 1556
Marshall, Texas 75671-1556
(903) 938-8900 (office)
(972) 767-4620 (fax)
michaelsmith@siebman.com

R. David Donoghue (Pro hac vice)
Daniel L. Farris (Pro hac vice)
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com
daniel.farris@hklaw.com

**Attorneys for Defendant Herman Miller, Inc**

/s/ *Jeff Eichen*
Jeff Eichen, Partner
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801
US Mail: P.O. Box 2207, Wilmington DE 19899
(302) 888-6304 direct
(302) 985-3450 cell
jeichen@cblh.com

**Attorney for Defendants**
**Dress Barn, Inc. and Maurices, Inc.**

/s/ *Benjamin Hershkowitz*

Benjamin Hershkowitz
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
bhershkowitz@gibsondunn.com

**Attorney for Defendant/Counterclaimant
Footlocker.com, Inc.**

/s/ *Andrew Valentine*

ANDREW VALENTINE
California Bar No. 162094
ERIK R. FUEHRER
California Bar No. 252578
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Phone: 650.833.2000
Fax: 650.833.2001

BRIAN K. ERICKSON
Texas Bar No. 24012594
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 8701
Phone: (512) 457-7000
Fax: (512) 457-7001

**ATTORNEYS FOR DEFENDANT
BURT'S BEES, INC.**

/s/ *John Guaragna*  
John Guaragna  
Texas Bar No. 24043308  
john.guaragna@dlapiper.com  
Brian Erickson  
Texas Bar No. 24012594  
brian.erickson@dlapiper.com  
DLA Piper LLP (US)  
401 Congress Avenue, Suite 2500  
Austin, TX 78701-3799  
Telephone:  512-457-7000  
Facsimile:  512-457-7001  

**Attorneys for Defendants**  
**CINNEBON, INC., MOE'S FRANCHISOR,**  
**LLC, and SCHLOTZSKY'S FRANCHISOR,**  
**LLC**

/s/ *Phillip B. Philbin*  
Phillip B. Philbin  
phillip.philbin@haynesboone.com  
Texas State Bar No. 15909020  
Charles M. Jones II  
charlie.jones@haynesboone.com  
Texas State Bar No. 24054941  
HAYNES AND BOONE, L.L.P.  
2323 Victory Avenue, Suite 700  
Dallas, Texas 75219  
Tel: 214-651-5000  
Fax: 214-651-5940  

**ATTORNEYS FOR LOWE'S HOME**  
**CENTERS, INC**

/s/ *William E. Devitt*
William E. Devitt
Kirkland & Ellis - Chicago
300 N LaSalle Street
Chicago, IL 60654
Phone: 312-862-2003
Fax: 312-862-2200
Email: wdevitt@kirkland.com

**ATTORNEY FOR DEFENDANTS
ADVANCE AUTO PARTS, INC, E-ADVANCE
LLC AND ADVANCE STORES COMPANY,
INC.**


/s/ *Robert G. Abrams*
Robert G. Abrams
Gregory J. Commins, Jr.
Phong D. Nguyen
TX State Bar No. 24002690
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel:  202.861.1500
Fax:  202.861.1783
E-mail: rabrams@bakerlaw.com
E-mail: gcommins@bakerlaw.com
E-mail: pnguyen@bakerlaw.com

**Attorneys for Defendant
CATERPILLAR INC.**

/s/ *Don v. Kelly*
Don. V. Kelly, (Pro Hac Vice)
Eugene P. Schmittgens Jr., (Pro Hac Vice)
Benjamin M. Fletcher (Pro Hac Vice)
Evans & Dixon, LLC
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102
Telephone: 314-552-4066
Facsimile: 314-884-4466
dkelly@evans-dixon.com
gschmittgens@evans-dixon.com
bfletcher@evans-dixon.com

Coghlan Crowson, LLP
Stayton L. Worthington
State Bar No. 22010200
1127 Judson Road, Suite 211
P.O.Box 2665
Longview, Texas 75606

**ATTORNEYS FOR DEFENDANT**
**THE SWAN CORPORATION**


/s/ *Douglas R. McSwane, Jr.*
Douglas R. McSwane, Jr.
State Bar No. 13861300
POTTER MINTON
110 N. College, Ste. 500
Tyler, TX 75702
Telephone: (903) 597-8311
Fax: (903) 593-0846
Email: dougmcswane@potterminton.com

Allison H. Altersohn (admitted pro hac vice)
aaltersohn@kslaw.com
Jonathan D. Ball (admitted pro hac vice)
jball@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

**ATTORNEYS FOR DEFENDANT**
**AVON PRODUCTS, INC**

/s/ *Melissa Richards Smith*
Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANTS**
**THE WESTERN UNION COMPANY and**
**WESTERN UNION HOLDINGS, INC.**

/s/ Maralee MacDonald
Boutin Jones Inc.
Maralee MacDonald
Admitted Pro Hac Vice
California Bar No. 208699
mmacdonald@boutinjones.com
Chris Gibson
Admitted Pro Hac Vice
California Bar No. 073353
cgibson@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA  95814

McGinnis, Lochridge & Kilgore, LLP
Travis C. Barton
Texas Bar No. 00790276
tcbarton@mcginnislaw.com
600 Congress, Suite 2100
Austin, TX  78701

Findlay Craft, LLP
R. Brian Craft
Texas Bar No. 04972020
bcraft@findlaycraft.com
Eric Findlay
Texas Bar No. 00789886
efindlay@findlaycraft.com
6760 Old Jacksonville Highway, Suite 101
Tyler, TX  75703

**ATTORNEYS FOR DEFENDANT
JELLY BELLY CANDY COMPANY**

*/s/ Alan M. Fisch*

Alan M. Fisch
District of Columbia Bar No. 453068
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
(202) 682-3500 telephone
(202) 682-3580 facsimile
Email: alan.fisch@kayescholer.com

**Attorney for TA Operating LLC**

*/s/ Roy W. Hardin*

Roy W. Hardin
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Phone: (214) 740-8000
Fax:    (214) 740-8800
*rhardin@lockelord.com*

Steven F. Meyer
David H. T. Kane
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, NY 10281-2101
Phone: (212) 415-8600
Fax:    (212) 303-2754
*smeyer@lockelord.com*
*dkane@lockelord.com*

Brian W. Brokate
Jeffrey E. Dupler
GIBNEY, ANTHONY, & FLAHERTY LLP
665 Fifth Avenue
New York, NY 10022
Phone: (212) 688-5151
Fax:    (212) 688-8315
*bwbrokate@gibney.com*
*jdupler@gibney.com*

**ATTORNEYS FOR DEFENDANT**
**ROLEX WATCH USA, INC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 7, 2011, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Eric W. Buether
Eric Buether

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORP.,<br>*et al.* | 2:10-cv-00265-TJW |
| GEOTAG, INC.,<br><br>v.<br><br>YELLOWPAGES.COM LLC | 2:10-cv-00272-TJW |

## [PROPOSED] SUPPLEMENTAL DOCKET CONTROL ORDER THROUGH *MARKMAN*

It is ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| STEP | ACTION | RULE | DATE DUE |
|---|---|---|---|
| | All Prior Steps governed by the Court's Original Docket Control Orders | | |
| 6 | Deadline to join other parties without leave of Court | | Jan. 17, 2012[1] |
| 7 | Deadline to file amended pleadings without leave of Court | | Jan. 17, 2012 |

---

[1] Plaintiff additionally requests a deadline of Mar. 19, 2012 to serve infringement contentions and accompanying document production pursuant to Local Rule 3-1 and 3-2 for all additional infringer added before the deadline to amend pleadings and join additional parties.

| STEP | ACTION | RULE | DATE DUE |
|------|--------|------|----------|
| 8 | Patentee shall limit the number of asserted claims to no more than ten (10) and notify the accused infringer and Court | | The parties request that they be allowed to brief the Court regarding their differing proposals in advance of the requested status conference |
| 9 | All parties make Exchange of Proposed Terms and Claim Elements for Construction | Patent L.R. 4-1(a) | Apr. 13, 2012 |
| 10 | All parties meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | Patent L.R. 4-1(b) | Apr. 20, 2012 |
| 11 | [Plaintiffs' Proposed Step] All Parties to Submit Plan Regarding Preserving the Parties' Arguments for Appeal Without Resubmitting Previously Construed Terms for Construction or Show Good Cause Why Previously Construed Terms Must be Resubmitted for Construction | | The parties request that they be allowed to brief the Court regarding their differing proposals in advance of the requested status conference |
| 12 | All parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence | Patent L.R. 4-2 | May 18, 2012 |
| 13 | All parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | Patent L.R. 4-2(c) | Jun 1, 2012 |
| 14 | All parties jointly file Joint Claim Construction and Prehearing Statement | Patent L.R. 4-3 | Jun. 15 , 2012 |
| 17 | Deadline for early voluntary mediation at the Parties' request | | Jun. 29, 2012 |
| 18 | Completion of Claim Construction Discovery | Patent L.R. 4-4 | Jun. 29, 2012 |
| 19 | Patentee files opening claim construction brief | Patent L.R. 4-5(a) | Jul. 9, 2012 |

| STEP | ACTION | RULE | DATE DUE |
|------|--------|------|----------|
| 20 | Accused Infringer files responsive claim construction brief | Patent L.R. 4-5(b) | Aug. 10, 2012 |
| 21 | Patentee files reply brief on claim construction | Patent L.R. 4-5(c) | Aug. 24, 2012 |
| 22 | ONLY WITH LEAVE OF COURT Accused infringer files sur-reply brief on claim construction | | Aug. 31, 2012 |
| 23 | Parties file Joint Claim Construction Chart | Patent L.R. 4-5(d) | Sep. 14, 2012 |
| 24 | Pre-hearing Conference and technical tutorial if necessary | | To be determined by Court if needed. |
| 25 | Claim Construction Hearing | Patent L.R. 4-6 | **October 16, 2012 at 9:00 a.m.** |
| 26 | Court's Claim Construction Ruling | | TBD |

Plaintiff's request that the remaining steps be governed by a Docket Control Order to be coordinated with the remaining GeoTag actions.

Defendants request that the remaining steps be governed by the Court's Original Docket Control Orders.

The parties request that they be allowed to brief the Court regarding their differing proposals in advance of the requested status conference.

**IT IS SO ORDERED**.

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-00569** |
| **GEORGIO ARMANI S.P.A.;** *et al.*, | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-00570** |
| **AROMATIQUE, INC.;** *et al.*, | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-00571** |
| **GUCCI AMERICA, INC.;** *et al.*, | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-00572** |
| **STARBUCKS CORP.;** *et al.*, | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-00573** |
| **RENT-A-CENTER, INC.;** *et al.*, | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-00574** |
| **THE WESTERN UNION COMPANY;** *et al.*, | |

| GEOTAG, INC., | |
| v. | **2:10-cv-00575** |
| **ROYAL PURPLE, INC.;** e*t al.*, | |

| GEOTAG, INC., | |
| v. | **2:10-cv-00587** |
| **YAKIRA, L.L.C.;** e*t al.*, | |

| GEOTAG, INC., | |
| v. | **2:11-cv-00175** |
| **WHERE 2 GET IT, INC.;** e*t al.*, | |

### [PROPOSED] DOCKET CONTROL ORDER THROUGH *MARKMAN*

It is ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| STEP | ACTION | RULE | DATE DUE |
|------|--------|------|----------|
| 1 | Initial Case Management Conference | Patent L.R. 2-1 FRCP 26(f) | Case No. 2:10-cv-574: Aug. 1, 2011 |
| 2 | Patentee serves Disclosure of Asserted Claims and Preliminary Infringement Contentions of a reasonable number of representative claims | Patent L.R. 3-1 | Nov. 21, 2011 |
| 3 | Patentee makes Document Production Accompanying Disclosure | Patent L.R. 3-2 | Nov. 21, 2012 |
| 4 | Initial Disclosures | FRCP 26(a)(1) | Jan. 17, 2012 |

| STEP | ACTION | RULE | DATE DUE |
|------|--------|------|----------|
| 5 | Deadline to join other parties without leave of Court | | Jan. 17, 2012[1] |
| 6 | Deadline to file amended pleadings without leave of Court | | Jan. 17, 2012 |
| 7 | Accused Infringer serves Preliminary Invalidity Contentions | Patent L.R. 3-3 | Feb. 10, 2012 |
| 8 | Accused Infringer makes Document Production Accompanying Preliminary Invalidity Contentions | Patent L.R. 3-4 | Feb. 10, 2012 |
| 9 | Patentee shall limit the number of asserted claims to no more than ten (10) and notify the accused infringer and Court | | The parties request that they be allowed to brief the Court regarding their differing proposals in advance of the requested status conference |
| 10 | All parties make Exchange of Proposed Terms and Claim Elements for Construction | Patent L.R. 4-1(a) | Apr. 13, 2012 |
| 11 | All parties meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | Patent L.R. 4-1(b) | Apr. 20, 2012 |
| 12 | [Plaintiff's Proposed Step] All Parties to Submit Plan Regarding Preserving the Parties' Arguments for Appeal Without Resubmitting Previously Construed Terms for Construction or  Show Good Cause Why Previously Construed Terms Must be Resubmitted for Construction | | The parties request that they be allowed to brief the Court regarding their differing proposals in advance of the requested status conference |
| 13 | All parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence | Patent L.R. 4-2 | May 18, 2012 |

---

[1] Plaintiff additionally requests a deadline of Mar. 19, 2012 to serve infringement contentions and accompanying document production pursuant to Local Rule 3-1 and 3-2 for all additional infringers added before the deadline to amend pleadings and join additional parties.

| STEP | ACTION | RULE | DATE DUE |
|------|--------|------|----------|
| 14 | All parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | Patent L.R. 4-2(c) | Jun 1, 2012 |
| 15 | All parties jointly file Joint Claim Construction and Prehearing Statement | Patent L.R. 4-3 | Jun. 15 , 2012 |
| 16 | Deadline for early voluntary mediation at the Parties' request | | Jun. 29, 2012 |
| 17 | Completion of Claim Construction Discovery | Patent L.R. 4-4 | Jun. 29, 2012 |
| 18 | Patentee files opening claim construction brief | Patent L.R. 4-5(a) | Jul. 9, 2012 |
| 19 | Accused Infringer files responsive claim construction brief | Patent L.R. 4-5(b) | Aug. 10, 2012 |
| 20 | Patentee files reply brief on claim construction | Patent L.R. 4-5(c) | Aug. 24, 2012 |
| 21 | ONLY WITH LEAVE OF COURT Accused infringer files sur-reply brief on claim construction | | Aug. 31, 2012 |
| 22 | Parties file Joint Claim Construction Chart | Patent L.R. 4-5(d) | Sep. 14, 2012 |
| 23 | Pre-hearing Conference and technical tutorial if necessary | | To be determined by Court if needed. |
| 24 | Claim Construction Hearing | Patent L.R. 4-6 | **October 16, 2012 at 9:00 a.m.** |

| STEP | ACTION | RULE | DATE DUE |
|------|--------|------|----------|
| 25 | Court's Claim Construction Ruling | | TBD |
| | Final Pretrial Conference before Judge David Folsom | | The parties request that they be allowed to brief the Court regarding their differing proposals in advance of the requested status conference |
| | Jury Selection | | The parties request that they be allowed to brief the Court regarding their differing proposals in advance of the requested status conference |

**IT IS SO ORDERED**.