IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| v. | § | C.A. NO. 2:10-CV-587-MHS |
| | § | |
| YAKIRA, LLC, ET AL | § | |

## NOTICE OF APPEARANCE

Defendant, Nautica Retail USA, Inc. ("Nautica Retail"), provides notice that J. Thad Heartfield is appearing as counsel for Nautica Retail in this matter. Nautica Retail requests that copies of all notices and filings be provided to Mr. Heartfield as follows:

THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409-866-3318
Facsimile: 409-866-5789
E-mail: thad@jth-law.com
State Bar No. 09346800

Dated: August 16, 2012

Respectfully submitted,

By: __/s/ J. Thad Heartfield__
J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

COUNSEL FOR DEFENDANT,
NAUTICA RETAIL USA, INC.

**CERTIFICATE OF SERVICE**

      The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 16th day of August, 2012.  Any other counsel of record will be served by first class mail.

                                                  */s/ J. Thad Heartfield*  
                                                  J. Thad Heartfield